IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRAVIS JONATHAN MITCHELL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-211 (MTT) |
| Warden CEDRIC TAYLOR, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Pursuant to 28 U.S.C. § 1915A(a), United States Magistrate Judge Charles H. Weigle has conducted a preliminary screening of Plaintiff Travis Jonathan Mitchell's complaint (Doc. 1). *See generally* Doc. 6. The Magistrate Judge recommends that the Plaintiff's Eighth Amendment failure to protect claims against Defendants Deputy Warden of Security Jordan and Captain Spikes should proceed for further factual development. Doc. 6 at 1-2, 8-9. The Magistrate Judge also recommends that the Plaintiff's Eighth Amendment failure to protect claims against Defendants Warden Cedric Taylor and Lieutenant Farley be dismissed without prejudice for failure to state a claim upon which relief may be granted. *Id.* There is no objection to the Recommendation. The Court has reviewed the Recommendation, and the Court adopts the findings, conclusions, and recommendations of the Magistrate Judge. Accordingly, the Plaintiff's Eighth Amendment failure to protect claims against Defendants Jordan and Spikes are allowed to proceed for further factual development. Meanwhile, the

Plaintiff's claims against Defendants Taylor and Farley are **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted.

**SO ORDERED** this 30th day of August, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT